FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAR 0 1 2017

James N. Hatten, Clerk
By: /s/ AMCauii
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA  :
                          :   CRIMINAL CASE NO.
v.                        :   1:16-CR-243-ODE-JFK
                          :
NATHAN VAN BUREN          :

ORDER

This criminal case is before the Court on the Report and Recommendation of United States Magistrate Judge Janet F. King filed January 11, 2017 [Doc. 25] ("R&R"). No objections have been filed.

After a thorough analysis, the Magistrate Judge recommends that Defendant's motion to suppress statements [Doc. 13] be denied. Specifically, the Magistrate Judge found that Defendant's statement was made freely and voluntarily without threat of discipline in his employment or of termination from his employment.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby adopted as the opinion and order of the Court. For the reasons set forth in the R&R Defendant's motion to suppress statements [Doc. 13] is DENIED.

SO ORDERED, this ___1___ day of ~~February~~ March, 2017.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE