IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHAN VAN BUREN | CRIMINAL CASE NO.<br>1:16-CR-00243-ODE-JFK-1 |

### NOTICE OF APPEARANCE AS CO-COUNSEL

Rebecca Shepard of the Federal Defender Program, Inc. herein files notice of her appearance, and respectfully requests that she be added as Co-Counsel for Defendant Nathan Van Buren in the above-captioned case.

Dated: This 28th day of September, 2017.

                                                Respectfully Submitted,

                                                */s/ Rebecca Shepard*
                                                REBECCA SHEPARD
                                                Georgia Bar No. 780692
                                                Attorney for Nathan Van Buren

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Rebecca_Shepard@fd.org

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance as Co-Counsel been formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

>Jeffrey Aaron Brown, Esq.
>Assistant United States Attorney
>Suite 600, Richard B. Russell Building
>75 Ted Turner Drive, S.W.
>Atlanta, Georgia 30303

Dated: This 28th day of September, 2017.

>*/s/ Rebecca Shepard*
>REBECCA SHEPARD
>Attorney for Nathan Van Buren

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Rebecca_Shepard@fd.org