IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

NATHAN VANBUREN

Criminal Action No.

1:16-CR-243-ODE-JFK

### Government's Motion for Leave to File Dismissal

It appearing in the above-styled case, that by the authority of the undersigned, of the Indictment, filed April 25, 2017, charging violations of Title 18  U.S.C. Section(s) 1030(a)(2)(C), 1343, 1346, 1349, count one is dismissed as to NATHAN VANBUREN and Movant prays leave of Court to file the same.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

By:   Jeffrey A. Brown
       *Assistant United States Attorney*
Georgia Bar No. 088131
Jeff.A.Brown@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

### Order

Now, to-wit, on the _____ day of _____, 20___, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE