# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:16-cr-00243-ODE-JFK**
**USA v. Van Buren**
**Honorable Orinda D. Evans**

Minute Sheet for proceedings held In Open Court on 10/24/2017.

TIME COURT COMMENCED: 9:45 A.M.
TIME COURT CONCLUDED: 5:15 P.M.
TIME IN COURT: 6:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Andy Ashley
CSO/DUSM: Terry McClain
DEPUTY CLERK: Lynn Beck

| | |
|---|---|
| DEFENDANT(S): | [1]Nathan Van Buren Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Brown representing USA<br>Regina Cannon representing Nathan Van Buren<br>Rebecca Shepard representing Nathan Van Buren |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Government witness Barrett resumes testimony. Defendant exhibit 77, audio recording, played. Exhibit 1A published. Government exhibits 22,23,24 identified & admitted. Defense exhibit 66 identified. Government witness Giordano is recalled to testify. Government witness Gerstenberger sworn & testified. Government exhibit 17 identified & admitted. Government witness Hervey sworn & testified. Government exhibits 3,3A,4,4A,5,5A,6,6A,7,7A,8,8A,9,9A,10,11,12,13,14,15,19,20 identified & admitted. Defense exhibit 74 identified. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 10/25/17 @ 9:30 am. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, Continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |