# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:16-cr-00243-ODE-JFK
### USA v. Van Buren
### Honorable Orinda D. Evans

Minute Sheet for proceedings held In Open Court on 10/25/2017.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 4:00 P.M.
TIME IN COURT: 5:00
OFFICE LOCATION: Atlanta
COURT REPORTER: Andy Ashley
CSO/DUSM: Terry McClain
DEPUTY CLERK: Lynn Beck

| | |
|---|---|
| DEFENDANT(S): | [1]Nathan Van Buren Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Brown representing USA<br>Regina Cannon representing Nathan Van Buren<br>Rebecca Shepard representing Nathan Van Buren |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MOTIONS RULED ON: | DFT#1-[68]Motion to Strike DENIED |
| MINUTE TEXT: | Defense exhibit 74,44 admitted. Government exhibit 27 admitted. Rule 29 Motion for Judgment of Acquittal made by Defense. Government argued in response to Rule 29 motion. Court denied defense's rule 29 motion. Defense witnesses Chase Johns, Alan Kellogg, Matt Archevald, Brent Anderson, Amber Fouts sworn & testified. Government exhibit 28 identified. Defense renewed its Rule 29 motion for acquittal. Rule 29 motion denied. Charging conference held. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 10/26/17 @ 9:30am. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, Continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |