# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:16-cr-00243-ODE-JFK**
**USA v. Vanburen**
**Honorable Orinda D. Evans**

Minute Sheet for proceedings held In Open Court on 10/26/2017.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 4:15 P.M.
TIME IN COURT: 6:00
OFFICE LOCATION: Atlanta

COURT REPORTER: Andy Ashley
CSO/DUSM: Terry McClain
DEPUTY CLERK: Lynn Beck

DEFENDANT(S): [1]Nathan Vanburen Present at proceedings

ATTORNEY(S) PRESENT:
Jeffrey Brown representing USA
Regina Cannon representing Nathan Vanburen
Rebecca Shepard representing Nathan Vanburen

PROCEEDING CATEGORY: Jury Trial Continued;

MINUTE TEXT: Closing arguments conducted. Court charged the jury. Defense announced exceptions to the charge. Court recharged jury. Jury deliberations began. Court exhibit #1 - jury note received. Verdict reached and announced. Jury polled.

HEARING STATUS: Hearing Concluded
TRIAL STATUS: Trial Completed by Jury Verdict
EXHIBIT STATUS: Exhibits retained by the Court to be forwarded to the Clerks Office.