IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA :
: CRIMINAL ACTION
v. :
: NO. 1:16-CR-243-ODE
NATHAN VANBUREN :

## VERDICT FORM

1. As to Count TWO of the Superseding Indictment, we, the jury, unanimously find Defendant NATHAN VANBUREN:

   __GUILTY__          _____
   Guilty              Not Guilty

2. As to Count THREE of the Superseding Indictment, we, the jury, unanimously find Defendant NATHAN VANBUREN:

   __GUILTY__          _____
   Guilty              Not Guilty

SO SAY WE ALL.

Signed and dated at the United States Courthouse, Atlanta, Georgia, this 26 day of OCTOBER, 2017.

_____          SAMUEL S. TURNER
Foreperson's Signature             Foreperson's Printed Name