FILED IN CHAMBERS
U.S.D.C. - Atlanta

NOV 21 2017

James N. Hatten, Clerk
By AMCau Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

NATHAN VAN BUREN

CRIMINAL CASE NO.
1:16-CR-243-ODE

ORDER

This criminal case is before the Court on Defendant Nathan Van Buren's ("Defendant") Motion for New Trial filed on November 6, 2017 [Doc. 89]. Defendant explains that while the present motion asks the Court for a new trial, the motion is incomplete because his counsel has not yet been able to review the trial transcripts. The present motion was filed on November 6, 2017 because Rule 33 of the Federal Rules of Criminal Procedure requires Defendant to file a motion for new trial within 14 days after the verdict, which in this case was on October 26, 2017. The present motion previews for the Court the bases on which Defendant will move for a new trial, but Defendant asks the Court for 30 days from when the transcripts are prepared to perfect and expand on these bases.

In the interests of fairness and justice to allow Defendant to properly prepare and further perfect his motion, the Court GRANTS Defendant's request [Doc. 89]. Any amendment to the present motion for new trial must be filed within 30 days of Defendant's receipt of the requested portions of the trial transcript.

SO ORDERED this 21 day of November, 2017.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE