IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

      *v.*

NATHAN VAN BUREN
      DEFENDANT.

Criminal Action No.

1:16-CR-243-ELR

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Nathan P. Kitchens herein files notice of his appearance in the above-styled case, and respectfully requests that he be added as counsel of record for the United States.

Respectfully submitted,

KURT R. ERSKINE
   *Acting United States Attorney*

/s/Nathan P. Kitchens
   *Assistant United States Attorney*
Georgia Bar No. 263930
Nathan.Kitchens@usdoj.gov
*600 U.S. Courthouse*
*75 Ted Turner Drive S.W.*
*Atlanta, GA 30303*
*(404) 581-6000   fax (404) 581-6181*

**Certificate of Service**

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

June 17, 2021

/s/ NATHAN P. KITCHENS

NATHAN P. KITCHENS
*Assistant United States Attorney*