IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHAN VANBUREN | CRIMINAL CASE NO.<br>1:16-CR-00243-ELR-UNA-1 |

## NOTICE OF APPEARANCE AS CO-COUNSEL

Rebecca Shepard of the Federal Defender Program, Inc. herein files notice of her appearance, and respectfully requests that she be added as Co-Counsel for Defendant, Nathan Vanburen in the above-captioned case.

Dated: This 18th day of June, 2021.

                                        Respectfully Submitted,

                                        */s/ Rebecca Shepard*
                                        Rebecca Shepard
                                        Georgia Bar No. 780692
                                        Attorney for Mr. Vanburen

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Rebecca_Shepard@fd.org