# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>NATHAN VANBUREN,<br>　　　　Defendant. | CRIMINAL ACTION FILE<br><br>NO. 1:16-cr-243-ELR |

## O R D E R

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this   day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE