# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:16-cr-00243-ELR-UNA**
**USA v. Vanburen**
**Honorable Eleanor L. Ross**

Minute Sheet for proceedings held In Open Court on 03/29/2022.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:30 A.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Elizabeth Cohn
CSO/DUSM: Ken Morton
DEPUTY CLERK: Michelle Beck

| | |
|---|---|
| DEFENDANT(S): | [1]Nathan Vanburen Present at proceedings |
| ATTORNEY(S) PRESENT: | Garrett Bradford representing USA<br>Libby Davis representing USA<br>Saraliene Durrett representing Nathan Vanburen<br>Rebecca Shepard representing Nathan Vanburen |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement; Notice of Sentencing |
| MOTIONS RULED ON: | DFT#1-[193]Motion in Limine TERMINATED<br>DFT#1-[195]Motion to Strike TERMINATED<br>DFT#1-[196]Motion for Bill of Particulars TERMINATED<br>DFT#1-[197]Motion in Limine TERMINATED<br>DFT#1-[217]Motion in Limine TERMINATED |
| MINUTE TEXT: | Also present during the hearing was Special Agent Angel Reyes with the FBI. Defendant was sworn. Court addressed Defendant regarding his background and education. Court discussed Defendant's immigration status. Defendant was advised of his rights, charge, penalties, and special assessment. Government verified the signatures of parties on the Guilty Plea and Plea Agreement, as well as summarized the facts of the case. Defendant entered a binding plea to the Count 2 of the Indictment. Limited Waiver of Appeal was given and is contained in the plea agreement. Court found that the Defendant understands the proceedings, and that his plea of guilty is made freely and voluntarily. Court defers acceptance of the plea until sentencing. Sentencing is SCHEDULED for |

| | |
|---|---|
| | June 30, 2022 at 3:00 pm. Defendant is on bond and was given notice of sentencing. The trial previously scheduled is canceled. Hearing concluded. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for June 30, 2022 at 3:00 pm in Courtroom 1708; |